FILED
CLERK, U.S. DISTRICT COURT

MAR 29 2016

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION  BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, </br> Plaintiff, </br> v. </br> BERTHA LIDIA ESQUIVEL </br> Defendant. | Case No.: ED16-0095M </br></br> ORDER OF DETENTION </br> (FED.R. CRIM. P.32.1(a)(6); 18 </br> U.S.C. § 3143(a)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **SOUTHERN** District of **CALIFORNIA** for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A.   (✓)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

- INSUFFICIENT BAIL RESOURCES
- UNDERLYING ALLEGATIONS (SOPHISTICATED SMUGGLING)
- MEXICAN CITIZENSHIP

1

1  and/or

2  B.      (✓)   The defendant has not met his/her burden of establishing by clear and
3              convincing evidence that he/she is not likely to pose a danger to the
4              safety of any other person or the community if released under 18
5              U.S.C. § 3142(b) or (c). This finding is based on the following:
6    *(UNDERLYING ALLEGATIONS (SOPHISTICATED*
7    *SMUGGLING THROUGH CROSS-BORDER TUNNEL*
8    *AND SUBSTANTIAL QUANTITIES OF*
9    *CONTROLLED SUBSTANCES).*

12  IT THEREFORE IS ORDERED that the defendant be detained pending the further
13  revocation proceedings.

15  Dated: 3/29/16

16                                          HONORABLE DAVID T. BRISTOW
                                            United States Magistrate Judge

2